BTR
F.#2020R0

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

ALEXANDER GIL,

          Defendant.

C O M P L A I N T

M. No. _____
(8 U.S.C. § 1326(b)(2))

- - - - - - - - - - - - - - - - - X

MJ 20-0102

EASTERN DISTRICT OF NEW YORK, SS:

      DENNIS J. CARROLL, being duly sworn, deposes and says that he is a Department of Homeland Security, Deportation Officer, duly appointed according to law and acting as such.

      Upon information and belief, there is probable cause to believe that on or about January 27, 2020, the defendant ALEXANDER GIL ("GIL"), being an alien who had previously been arrested and convicted of an aggravated felony and deported from the United States and who had not made a re-application for admission to the United States to which the Attorney General of the United States or the Secretary of Homeland Security of the United States had expressly consented, was found in the United States.

      The source of your deponent's information and the

1

grounds for his belief are as follows:

1. I have employed by the United States Department of Homeland Security, for over ten years. I am familiar with the facts and circumstances set forth below from my participation in this investigation, from reports made to me by other law enforcement officers, from information obtained from other witnesses and from my review of the defendant's criminal history records and ICE records.

2. ICE records reveal that the defendant GIL is a citizen of the Dominican Republic, (A057-145-379, DOB 03-14-1992). GIL is a previously deported alien removed from the United States to the Dominican Republic on October 2, 2018, subsequent to the aggravated felony convictions from Suffolk County in 2013. These convictions include the following New York State criminal convictions:

> Criminal Possession Of A Weapon- 2nd Degree: Loaded Firearm PL 265.03 Sub 01B Class C Felony. On August 15, 2013, GIL was sentenced to 4 years in jail and 5 years supervised.
>
> Criminal Possession Weapon- 2nd: Loaded Firearm- Other Than Person's Home/business, PL 265.03 Sub 03 Class C Felony. On August 15, 2013, GIL was sentenced to 4 years in jail and 5 years supervised release.
>
> Attempted Assault- 1st: Intent To Cause Serious Injury With Weapon, PL 120.10 Sub 01 Class C Felony. On August 15, 2013, GIL was sentenced to 4 years in jail and 5 years supervised.

Criminal Use Firearm 2nd: Possess Deadly Weapon-Loaded PL 265.08 Sub 01 Class C Felony, On August 15, 2013, GIL was sentenced to 4 years in jail and 5 years supervised.

Reckless Endangerment- 1st PL 120.25 Class D Felony. On August 15, 2013, GIL was sentenced to 1-3 years in jail.

4. On January 27, 2020, the defendant GIL was identified in Freeport, New York by an HSI Best Unit and placed in custody.

5. I have interviewed the defendant, after he waived his Miranda rights in Spanish and English. He agreed to speak without counsel. The defendant admitted to being in the United States illegally and having been previously deported, as described.

WHEREFORE, your deponent respectfully requests that Defendant ALEXANDER GIL, dealt with according to law.

DENNIS J. CARROLL
Deportation Officer
Department of Homeland Security

Sworn to before me this
28th day of January 2020

HON. GARY R. BROWN
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK